JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SMITH, | ) | Case No. EDCV 11-296 RNB |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 3, 2011

*[signature]*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE